AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
VS.
GARZA-Cantu, Rene YOB: 1966, MEX

**CRIMINAL COMPLAINT**

CASE NUMBER: M-17-1370-M

United States District Court
Southern District of Texas
FILED
AUG 0 4 2017
Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 3, 2017__ in __Starr__ county, in the __Southern__ District of __Texas__ defendant(s) did,

Knowingly and Intentionally possess with the Intent to Distribute approximately 31.4 kilograms of Cocaine, a Schedule II Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 31.4 kilograms of Cocaine, a Schedule II Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   No

OK to file TCT

Signature of Complainant
Alfonso Peréz Jr., Special Agent

Sworn to before me and subscribed in my presence,

__August 4, 2017__               At   __McAllen, Texas__
Date                                    City and State

__Dorina Ramos, U.S. Magistrate Judge__
Name & Title of Judicial Officer

__Dorina Ramos__
Signature of Judicial Officer

## Attachment A

On August 3, 2017, at approximately 9:20 a.m., Border Patrol agents from the Rio Grande City, Texas Station were conducting line watch duties near the Starr/Hidalgo County line when they observed a white in color Ford Ranger driving near the riverbanks in the Starr Company Farms property. This area is commonly used by smugglers, due to its proximity to the Rio Grande River, to cross illegal immigrant and or narcotics into the United States. U.S. Border Patrol agents observed the truck stop near the river banks and then minutes later depart and then drive north through the property.

U.S. Border Patrol agents responded to the area and began to follow the truck to Highway 83 and then eastbound towards Alto Bonito, Texas. The truck drove a short distance and came to a stop at the Border Town Grocery Store. The driver of the truck, later identified as Rene GARZA-Cantu, hereinafter referred to as GARZA-Cantu, exited the vehicle, walked back towards the bed area and stood next to his truck. A U.S. Border Patrol agent, who was following GARZA-Cantu, parked his unit next to GARZA-Cantu and engaged him in a consensual conversation. During the conversation GARZA-Cantu admitted that he had been near the river banks, because of his work. When the U.S. Border Patrol agent requested consent to search GARZA-Cantu's truck for illegal immigrants or narcotics, GARZA-Cantu consented and told the agent that he did not have anything. While conducting a search of the interior of the truck, the U.S. Border Patrol agent discovered two sacks, which contained 25 bundles of suspected narcotics. Once at the station the bundles, weighing approximately 31.4 kilograms tested positive for the properties and characteristics of cocaine.

At approximately 1:11 p.m. DEA agents interviewed GARZA-Cantu [*Cantu AP*] at the Rio Grande City Border Patrol Station. Under Miranda advisement and waiver, GARZA-Cantu [*GARZA AP*] told agents that he had picked up the narcotics near the river banks and was transporting them to Military Highway, where he would discard them. When agents questioned GARZA-Cantu's version of the events, he told agents that he would take responsibility for what he did and made no further statements.